PLEASE RECEIPT AND RETURN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
)
v. ) Criminal Case No. 08cr0551-JLS
)
LUIS FRANCISCO PENA-IBARRA, )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
          (X) Ad Prosequendum                            ( ) Ad Testificandum.

Name of Detainee:      Luis Francisco Pena-Ibarra
Detained at (custodian): WARDEN: Warren County Jail, 550 Justice Drive, P.O. Box 309
                         Lebanon, Ohio 45036

Detainee is:   a.)   (X) charged in this district by:
                     (X) Indictment          ( ) Information          ( ) Complaint
                     Charging Detainee With: Title 18, U.S.C., Section 371- Conspiracy

   or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of proceedings

   or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
                   is currently being served at the detaining facility

Appearance is necessary on April 24, 2008 at 1:30 p.m. for arraignment/initial appearance, before the Honorable Magistrate Judge Black, Potter Stewart Court House, Room 708, 100 East Fifth Street, Cincinnati, Ohio 45202.

Signature: _____
Print Name and Phone: Melanie K. Pierson, AUSA  557-5685
Attorney of Record for: Government

## WRIT OF HABEAS CORPUS

          (X) Ad Prosequendum                            ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

April 2, 2008                                  _____
Date                                            United States District Judge

Please provide the following, if known:
  AKA(s) (if applicable): _____     MALE  X    FEMALE ☐
  Booking or Fed. Reg. #:  Booking # 20074209; Jail ID # 41782    DOB: 10/9/71
  Facility Address:        Warren County Jail, 550 Justice Drive  Race: Hispanic
                           P.O. Box 309, Lebanon, Ohio 45036      FBI #: 612801TC8
  Facility Phone:          (513) 695-1287
  Currently Incarcerated For: Attempted Aggravated Possessions of Drugs

**RETURN OF SERVICE**

Executed on _____ by _____

                                                (Signature)

N:\TPinachio\writ\state_writ_Pena Ibara_mkp.wpd
Form Crim-48                                                              Revised 9/22/97