FILED
MAY 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0551-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| LUIS FRANCISCO PENA-IBARRA, | ) | |
| Defendant. | ) | |

**Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)**

I, **LUIS FRANCISCO PENA-IBARRA**, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of Ohio, in which I am under arrest and to waive trial in the above captioned District.

Dated: 24 April , at 2008

_____
LUIS FRANCISCO PENA-IBARRA
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

**Approved**

_____
TIMOTHY OAKLEY
Assistant United States Attorney for the
Southern District of Ohio

_____ 3/17/08
KAREN P. HEWITT
United States Attorney for the
Southern District of California