# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

May 5, 2008

To:   CLERK, U.S. DISTRICT COURT
      USDC Southern District of Ohio
      85 Marconi Boulevard
      Columbus, OH 43215-2835

Re Transfer
Criminal Case No. 08cr551 JLS
U.S.A. vs. Luis Francisco Pena Ibarra

To Whom It May Concern:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

   1)   Certified copy of the Indictment/Information
   2)   Certified copy of Consent of Defendant to Transfer
   3)   Certified copy of the docket sheet


Please acknowledge receipt on the enclosed copy of this letter and return to this district.

                              Sincerely yours,

                              W. Samuel Hamrick, Jr.
                              Clerk of Court

                              By _____
                              M. Zvers, Deputy Clerk

cc:   U.S. Attorney, San Diego
      U.S. Attorney, Receiving District

_____
Receipt of the above described documents is herewith acknowledged.

                              CLERK, U.S. DISTRICT COURT
                              By_____
                              Deputy Clerk